MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED '22 MAR 17 AM 08:16 MDGA-COL

| United States District Court | District Middle District of GA |
|---|---|
| Name (under which you were convicted): Corey Anderson  CSA conviction 2012 Burglary# | Docket or Case No.: n/a |
| Place of Confinement: 3H | Prisoner No.: CSA inmate # 8246530 |
| UNITED STATES OF AMERICA   State of Georgia   V.   Corey Anderson | Movant (include name under which convicted) CSA prior |

MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: Columbus, GA's Muscogee County Jail 700 10th Street

   (b) Criminal docket or case number (if you know): n/a

2. (a) Date of the judgment of conviction (if you know): 2012
   (b) Date of sentencing: 2012 July

3. Length of sentence: 5 years probation, 2 years served confined

4. Nature of crime (all counts): Burglary 1st offenders revoted 2019 unrelated plea (escape) (tbt) misdeamenor counts all in 2019 all counts served. With probation complete.

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☐   (3) Nolo contendere (no contest) ☒
   CSA By mental illness diagnosis

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to? Attempted to plea not guilty to all charges. Only to be suggested otherwise by compitent legal counsel. -James Archey, Lawyer

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☒

(4) Nature of the proceeding: _prejudicial in corruption under Mark Jones_

(5) Grounds raised: _Former Public Defender sentenced to a year or two? After being found guilty for fraud._

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐   No ☒

(7) Result: _n/a_

(8) Date of result (if you know): _July 2012_

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _n/a_

(2) Docket of case number (if you know): _n/a_

(3) Date of filing (if you know): _n/a_

(4) Nature of the proceeding: _n/a_

(5) Grounds raised: _n/a_

_n/a_
_n/a_
_n/a_
_n/a_
_n/a_
_n/a_
_n/a_

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐   No ☒

(7) Result: _many petition, with no affirmation or denial_

(8) Date of result (if you know): _Current Feb. 28, 2022_

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☒   No ☐
(2) Second petition:  Yes ☒   No ☐

Docket or case number (if you know): N/a

Date of the court's decision: 07/2012

Result (attach a copy of the court's opinion or order, if available): N/a

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☒   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: n/a

Docket or case number (if you know): n/a

Date of the court's decision: 07/2012

Result (attach a copy of the court's opinion or order, if available): Divided guilty by mental illness, by false legal repensation in Robin King

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Due to treats of mental hospital admissions of 20 yrs

GROUND TWO: n/a

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Attorney Jame Archey my PD at the time got me a plea deal of 5 year probation after I served to years of confinement. In a facility take gave me partial 2 for one after months in a inpatient apartment program. For PD Robin King who may one of the DA's involved with the fact Mark Jones who supervisor at the time is convicted for false convictions. She came to court wanting me to serve 20 yrs in a mental hospital

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _attemalation & use intemidation from offieer and judicial system_

GROUND THREE: _n/a_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_conviction of Lead DA recently Now former Mark Jones_

(b) Direct Appeal of Ground Three:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒
(2) If you did not raise this issue in your direct appeal, explain why:
_Currently still held prisoner and hostage on grounds Rule 405 and Rule (a) 404 not in my character_

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒
(2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _n/a_
Name and location of the court where the motion or petition was filed: _n/a_

Docket or case number (if you know): _n/a_
Date of the court's decision: _n/a_

Case 4:22-cv-00060-CDL-MSH   Document 1   Filed 03/17/22   Page 5 of 8
AO 243 (GAMD Rev. 05/14)                                                            11

(b) Direct Appeal of Ground Four:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:
      Appeal ability denied due to plea.

(c) Post-Conviction Proceedings:
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☒   No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:
      Type of motion or petition: Someone writing in pen of my Legal Work - Guilty by mental illness
      Name and location of the court where the motion or petition was filed:
      N/a
      Docket or case number (if you know): n/a
      Date of the court's decision: 2 o/2 July
      Result (attach a copy of the court's opinion or order, if available): Another Public Defender once Lawyer James Archey got me the plea of nolo. Pushed the issue of 20 year in the State Hospital named Robin King
  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☒
  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☒
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☒
  (6) If your answer to Question (c)(4) is "Yes," state:
      Name and location of the court where the appeal was filed:
      n/a
      Docket or case number (if you know): n/a
      Date of the court's decision: 2 o/2 July
      Result (attach a copy of the court's opinion or order, if available):
      n/a

(e) On appeal: _Please my 1st offenders being revoked._

(f) In any post-conviction proceeding: _Knowing mental health im find with certain dead-dockets_

(g) On appeal from any ruling against you in a post-conviction proceeding:
_n/a_
_n/a_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐     No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☒     No ☐

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
   _Scotts City, KS dismisal with prejudice to stay out of the State of Kansas_

   (b) Give the date the other sentence was imposed: _2021, Jan. 20th_

   (c) Give the length of the other sentence: _2021, Jan 20th — 2023, Jan 20th_

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐     No ☒

Therefore, movant asks that the Court grant the following relief:
<u>Set free to a single room inpatient facilities to re-assey apt. avail.</u>
<u>My SSDI approval. reasses monies for 4 legitimate children</u>
or any other relief to which movant may be entitled.

*[signature]*
Signature of Attorney (if any) **N/A**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____
(month, date, year)

Executed (signed) on _____ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.
<u>n/a / Corey Anderson, am movant, waiting for execution; certifing date, verifieng,</u>
<u>or state. In due process to be legal on all grounds, avoiding perjury; under 28 U.S.C.</u>
<u>§ 2255 was placed in hands of C.O. or Officers deputies, seargant, under covers, i.e. in Corrections.</u>

✓ Feb. 13th, 2022 sun.
✓ Feb. 14th, 2022 mon
✓ Feb. 15th, 2022 tue
✓ Feb. 16th, 2022 wed
✓ Feb. 17th, 2022 thurs
✓ Feb. 18th, 2022 fri
✓ Feb. 19th, 2022 sat
✓ Feb. 20th, 2022 sun
✓ Feb. 21st, 2022 mon
✓ Feb. 22nd, 2022 tue
✓ Feb. 23rd, 2022 wed
✓ Feb. 24th, 2022 thur
✓ Feb. 25th, 2022 fri
✓ Feb. 26th, 2022 sat
✓ Feb. 27th, 2022 sun
~~Feb 28th, 2022 mon~~

If I want to live the full life God promised me, I have to recognize that the way I'm living now is taking me in the wrong direction. By lustful thinkings and compulsive challenging mom. Currently wanting in those beach encounters, let me come home, I'll do better! We all, like sheep, have gone astray, each of us has turned to our own way, and the Lord has laid on him [Jesus Christ] the iniquity of us all. — Isaiah 53:6
(the prophet Isaiah prophecized this and saw this before his birth)
— Isaiah

Muffin bar
Cupcakes

② - Ball/Paulson

Office of Inspector General
U.S. Department of Justice
150 Pennsylvania Ave
Room 4706
Washington, D.C. 20530

American Work
421. 12th St
Columbus, GA

Salvation Army
1718 2nd Ave
Col, GA
706-327-6245
Mon - Sat Dinner 5pm
Sun 4:30 pm

Cathedral of Prayer Mon-Fri
2100 Buena Vista Road      Dinner 3:30-5pm
Col. GA  706-322-2086

Franchise Missionary
981 10th Ave           Mon-thurs Lunch
Phenix City, AL         11:45am
334-298-2003

House of Mercy
1532 3rd Ave
Col, GA
706/327-0295
Mon-Fri
Lunch 12:30pm
11am church
attend
Fri/Sat
11am church

Complaint
Justice Department
455 Cherry St.
Macon, GA 31201

Col encourages
is to S
for not having
one
in the nation

Tips
1011 3rd Ave
Suite 8
Columbus, GA
31901

Valley Rescue Mission    Mon-Fri Dinner 4pm
2903 2nd Ave             attend
Col, GA                  3:05 chp
706-322-8267