JailATM.com - Muscogee County Jail
8246530 - Corey Anderson
925 B Peachtree St. NE Box 2062
Atlanta, GA 30301
- no money orders accepted -
- kiosk open during operating hours -


FOREVER
USA
Barn Swallow

Clerk, United State District Court
Middle District of Georgia - Columbus
P.O. Box 124
Columbus, GA 31902
- legal mail -